FILED
2006 Apr-17 PM 02:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **MILLICENT DELORES MILLER CARSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Number |
| **vs.** ) | **1:05-cv-00893-RRA** |
| ) | |
| **JACKSON MOORE,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**

The magistrate judge filed a report and recommendation on March 17, 2006, recommending that Defendants' Motion to Dismiss (Doc. 27) be granted in part and that Counts One and Three of the Amended Complaint be DISMISSED with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation ACCEPTED. Accordingly, Defendants' Motion to Dismiss is due to be GRANTED in part and Counts One and Three of the Amended Complaint are due to be DISMISSED with prejudice. An appropriate order will be entered separately.

Done the 17th day of April, 2006.

_____
U.W. Clemon
Chief United States District Judge