IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **MILLICENT DELORES MILLER CARSON,** | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action Number |
| vs. | ) | 1:05-cv-00893-RRA |
| | ) | |
| **JACKSON MOORE,** *et al.*, | ) ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION**

The magistrate judge filed a report and recommendation on April 24, 2006, recommending that Defendants' Motion to Dismiss (Doc. 34) be granted, with prejudice as to Count II, and that the Court decline to exercise supplemental jurisdiction over the remaining state law claims. It was further recommended that the remaining state law claims be dismissed, without prejudice. No objections have been filed by any party, although the plaintiff did file a document entitled "reply" to the motion to dismiss, after the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the Plaintiff's "reply" the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation ACCEPTED. An appropriate order will be entered separately.

Done the 12th day of June, 2006.

_____
U.W. Clemon
Chief United States District Judge